```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION

MICHAEL RANDMAN, et al.,    }
                            }
     Plaintiffs,            }
                            }       CIVIL ACTION NO.
v.                          }       04-AR-3042-S
                            }
LUCENT TECHNOLOGIES, INC.,  }
                            }
     Defendant.             }
```

**ORDER**

The named plaintiffs in the above-entitled cause except for Michael Randman, not having complied with the order entered on December 21, 2004, that expressly required them to file separate cases accompanied by separate filing fees, the actions of Amy Methvin, individually and for the Methvin Family Limited Partnership, Harold C. Bozeman, Clarence H. Brannon, Jr., Susan B. Dismukes, Michael D. Goodson, Girish Modi, Frank Willis, Dale A. Martin, Cecil Parrish, J. Richard Thompson, Gerald Uritsky, Herndon Inge, III, George Hebling, III, Richard P. and Rita C. Brown, Robert A. Beckerle, Charles H. Hamilton, Dwayne Strength, James and Ernesta Hodnett, Brian McDaniel, Hubert Ratliff, Orvis I. and Clara J. Hicks, Alava Skipwith, Helen Pepper, Thomas W. Jordan, Earl B. Mitchell, William Charles Artmann, Henry Albert Wood, Jr., Wallace B. Swanson, Allie S. Povall, Charles E. Peters, Eugenie Barrow, Harold D. Smith, Alan N. Baroody, Sammy Pilcher, Nancy Callaway, Frank P. Misiak, Robert C. Kelly, Clifford E. and Loretta R.

Johnson, Jere M. Pound, Scott Jordan and Judy Jordan, Jene W. Owens, Jr., Mary A. Skelton, Douglas D. Kirkwood, Jr., Grady Edmondson and John A. Bunch are hereby DISMISSED WITHOUT PREJUDICE. The case shall proceed with Michael Randman as the only plaintiff.

An answer having been filed to the complaint of Michael Randman, the parties are hereby reminded that the case is governed by the Federal Rules of Civil Procedure, including local variations thereon. The parties should pay particular attention to Rules 26 and 16, F.R.Civ.P., and should with their initial report notify the court if the case should be evaluated for proceeding upon any of the tracks provided by this court's Alternative Dispute Resolution Plan.

Costs are taxed against said plaintiffs whose actions have been dismissed.

DONE this 12th day of January, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE