```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ALABAMA
                    MIDDLE DIVISION

JOHN SAMUEL HILSMAN,         }
                             }
     Plaintiff,              }
                             }      CIVIL ACTION NO.
v.                           }      04-AR-1112-M
                             }
LUCENT TECHNOLOGIES, INC.,   }
                             }
     Defendant.              }
```

_____

```
MICHAEL RANDMAN, et al.,     }
                             }
     Plaintiffs,             }      CIVIL ACTION NO.
                             }      04-AR-3042-S
v.                           }
                             }
LUCENT TECHNOLOGIES, INC.,   }
                             }
     Defendant.              }
```

**ORDER**

The court having been advised that the above-entitled actions has been successfully mediated, said actions are hereby DISMISSED WITH PREJUDICE, except that **within twenty (20) days** the cases can be reinstated for the limited purpose of submitting a stipulated substitute form of final judgment.

The parties are to bear their own respective costs.

DONE this 29th day of September, 2005.

                                _____
                                WILLIAM M. ACKER, JR.
                                UNITED STATES DISTRICT JUDGE